UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ERIC LATRA ARDISON<br>D.O.C. #361268 | : | CIVIL ACTION NO. 16-cv-1027<br>SECTION P |
| VERSUS | : | JUDGE ELIZABETH E. FOOTE |
| DARREL VANNOY | : | MAGISTRATE JUDGE HAYES |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation (Rec. Doc. 4) of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by 28 U.S.C. § 2244(d)(1)(A).

**THUS DONE AND SIGNED** on this 26th day of October, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE